## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| | : | | |
| v. | : | CRIMINAL NO. | 22-CR-00180 (RC) |
| | : | | |
| GLENN MATTHEWS, | : | | |
| | : | | |
| Defendant. | : | | |

### STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Glenn Matthews, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offenses to which he is pleading guilty:  Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b), and Second Degree Child Sexual Abuse (Aggravating Circumstances), in violation of D.C. Code §§ 22-3009, 22-3020(a)(1), (a)(2).

### Statement of Facts

1.      Beginning October 18, 2020, defendant Glenn Matthews, with a date of birth in 1989, (DOB 5/xx/1989) reached out to 11-year-old MV-1 via Instagram chat, using his Instagram account "southsidearea." On November 5, 2020, MV-1's mother saw messages to MV-1's account from defendant Matthews, including "Trying show you something" and "Do you want to see". MV-1's mother, using her account, responded "Yes". Defendant Matthews sent additional messages, including: "I'm bout beat myself dick I want you to see", "You going look", and "When I beat my dick I want see your face ok". Matthews then initiated a video chat on Instagram, where he could be seen masturbating. The Metropolitan Police Department (MPD) learned of this exchange and began

1

investigating. On April 7, 2021, law enforcement obtained a federal search warrant in the District of Columbia for Defendant Glenn Matthews's Instagram account ("southsidearea").

2.     While reviewing the search warrant return, law enforcement observed that Matthews used his Instagram account, and the Internet, in order to send at least ten different individuals – all of whom were minors – images of his penis and/or videos of himself masturbating. For at least eight of these individuals (MV-2, MV-3, MV-5, MV-6, MV-7, MV-8, MV-9, MV-10), Matthews sent the images/videos while under the belief that the recipient was less than 16 years old. Examples of some of these conversations Matthews engaged in are described below.

3.     Matthews initiated a conversation with MV-2 on September 3, 2020. During their conversation, MV-2 told Matthews that she was 15 years old. During that conversation, Matthews asked MV-2 if he could show her "something," and then explained that he was going to send her a video of him masturbating. Matthews then told MV-2 that he would send pictures of his penis first. Matthews sent two pictures of his penis to MV-2. Additionally, Matthews told MV-2 that he was from Washington, D.C. and asked MV-2 if she also lived in Washington, D.C. MV-2 responded that she did. Matthews later asked MV-2, "if I showed you my dick will you touch it?" and "if I was there with you will you let me eat your pussy." Matthews asked MV-2 whether she was a "virgin" and asked again, "will you really let me eat your pussy?" Matthews additionally mentioned meeting up multiple times. At one point, Matthews asked MV-2 if she could meet on Wednesday, asking her "what part dc you from?" Matthews continued to follow up on the meeting, sending a message on Tuesday, September 15, 2020, suggesting the Anacostia Metro Station for their meeting location and suggesting that he could "fuck that pussy." In discussing the location for the meeting, Matthews acknowledged MV-2's minor age stating, "Lol that's only place must I remind you you 15 I'm 31 I can take you to my house only place." During this conversation,MV-2 appears to have sent a voice message to Matthews, to which Matthews responded, "Naw cause that building is big as shit no lie

2

I'm trying take you on the 11 floor and bust you on the Staircase." Matthews sent three additional videos to MV-2, which all depicted Matthews masturbating. MV-2 has been identified, resides in Washington D.C., and has a date of birth in 2004. MV-2 was 15 years old at the time of the September 2020 conversations with Matthews.

4.      On November 1, 2020, Matthews initiated a conversation with MV-3. Within the first six messages exchanged, MV-3 told Matthews, "I'm only 13 dumb asss." Matthews told MV-3 that they were only texting. On November 5, 2020, Matthews asked MV-3, "Can I show you something" and proceeded to explain, "it's a video [of] me beating my dick." Matthews sent MV-3 a video of himself masturbating, and then sent an additional image of his penis to MV-3. Matthews asked MV-3 if she thought his penis was small. MV-3 has been identified, resides in Michigan, and has a date of birth in 2007. As such, MV-3 was 13 years old when Matthews sent her the masturbation video and images depicting his penis through Instagram. MV-3 was interviewed by law enforcement and confirmed that she received the above-described video and images from Defendant Matthews's Instagram account.

5.      On July 27, 2020, Matthews initiated a conversation with MV-5. Matthews asked MV-5 where she was from, and Matthews told MV-5 that he was from Washington, D.C. MV-5 responded that she was from Kansas and told Matthews that she was going to Washington, D.C. the following summer. Matthews then stated, "Yea wish I could see when you come dc." Matthews told MV-5 that he did not care about age, volunteering that he was 31 years old. MV-5 told Matthews that she was only 15 years old, and Matthews replied, "O ok idc if we chill I got my own place know one will know." MV-5 asked what they would do and suggested she knew Matthews would want to do more than to put his arms around her if they were to meet up. Matthews agreed, telling her he was "going to want to taste [her] pussy."

6.      Several months later, on September 27, 2020, MV-5 and Matthews exchanged additional messages, and MV-5 sent Matthews an image depicting a minor female wearing only a towel. MV-5 told Matthews that the image was a photograph of her. Matthews stated, "O yeah, that's a towel." Later, on October 2, 2020, Matthews told MV-5 that she "Need to take that towel off . . . I need see what's under that towel." That same day, on October 2, 2020, Matthews and MV-5 continued to discuss meeting up, and Matthews told MV-5 that he stayed near Benning Road NE, Washington, D.C. Matthews asked MV-5 if they could meet the following day. Matthews sent an image of his penis to MV-5 through Instagram. During the conversation, Matthews asked MV-5 to, "show me something" on multiple occasions. MV-5 stated, "ion send nudes," to which Matthews replied that MV-5 had already sent him a video of her masturbating. MV-5 insisted that the video was not her. After a brief exchange, MV-5 sent an explicit video of a nude female stating, "Here damn." The female, whose face was obscured but whose nails were visible, can be seen masturbating. Matthews stated, "That not you" and asked MV-5 to show her nails to prove that it was her. MV-5 stated that the video was taken approximately one month prior. Matthews then told MV-5, "Make a video now." When MV-5 stated that she did not want to, Matthews told her to "Send some more old shit." MV-5 has been identified, resides in Kansas, and was under the age of 16 years old during the time that she engaged in these conversations with Matthews over the Internet and through Instagram.

7.      On July 29, 2020, Matthews initiated contact with MV-10, a 15-year-old boy. Matthews told MV-10 that he was from Washington, D.C. Matthews asked where MV-10 was from, and MV-10 responded that he lived in Alabama. Matthews disclosed to MV-10 that he is bisexual, and in response, MV-10 told Matthews not to hit on him. When Matthews told MV-10 that he could not make that promise, MV-10 told him that they could be just friends, or they would not talk. Matthews and MV-10 engaged in a conversation about girls and masturbating. Matthews told MV-10 why he liked being with boys, and told MV-10 he was going to show him his penis. Matthews then

4

sent MV-10 two images of his penis and a video depicting himself masturbating. During the chat, MV-10 sent Matthews a picture of his penis. Matthews replied, "Damn yea your dick big damn."

8.       MV-10 then told Matthews that he could tell that Matthews had taken a screenshot of the photo he sent and asked for Matthews to send it back to him. Matthews sent the screenshot to MV-10, which appeared to be an image depicting MV-10's erect penis. MV-10 disclosed to Matthews that he was about to masturbate, and Matthews told him, "make a video." MV-10 did not make a video at that time. MV-10 eventually blocked Matthews over Instagram, later unblocking him. Matthews told MV-10 not to block him again and sent a screenshot that indicated to MV-10 that he knew who MV-10's Instagram friends/contacts were. Matthews threatened to send screenshots to them if MV-10 blocked Matthews again. MV-10 told him, "Im 15 n u doing this." Matthews continued to tell MV-10 to listen to Matthews and do what he said. MV-10 told Matthews that he would not block him but would not do what he said. Matthews replied, "You going do what the fuck I say you mine. If you don't I will send it to your family and friends screenshots." The chat continued in a similar manner, with Matthews demanding that MV-10 comply with his instructions and send sexually explicit images to him. MV-10 has been identified, was born in 2005, was 15 years old at the time of these communications and was residing in Alabama.

9.       On August 19, 2020, Matthews initiated contact with MV-13 after seeing her in an Instagram chat room titled "freaky shit." Matthews told MV-13 that he would show her something "that's freak" and that he knows "how to get freaky." Matthews sent MV-13 photographs of his penis and videos of himself masturbating. MV-13 sent a picture of herself (an obviously minor female), to which Matthews responded, "Damn you sexy I want you to suck my dick." MV-13 told Matthews that she was 13 years old and from New Jersey, and Matthews responded, "You know I'm 31 right." Two minutes later, Matthews told MV-13, "I want see you stick something in your pussy." MV-13 replied, "ok." Matthews followed up, asking, "you going to do it," and she replied, "Sure."

5

MV-13 later sent 10 images to Matthews. Though the content of these images was not visible in the electronic data available provided by Instagram, Matthews stated in response to these images: "O yea that was sexy I woke this morning to see that pussy look good."

10.    While communicating with some of his minor victims, Matthews also engaged in behavior that threatened to injure their reputation.  In addition to the threatening conduct related to MV-10, described in Paragraph 8, Matthews made demands of MV-8 and MV-9, as further described below.

11.    On August 20, 2020, Matthews initiated a conversation with MV-8.  The two had a video call, and MV-8 identified herself as 9 years old.  Matthews, who told MV-8 that he was 22 years old, stated, "You cute to me sexy I like you" and "I want you .wish I could have you."  He also asked, "You really 9[?]… Damn you should be mine that be fun baby."  MV-8 told Matthews "You to old f[or] me" and Matthews said "no one got to know ok."  Later, Matthews told MV-8, "You have to be mine and always do what daddy say ok."  MV-8 stated that she did not want to date a 22-year-old.  Matthews replied, "You not dating me you going just text me and do what the fuck I say ok."  He then sent her a screenshot of their conversation and said he was "bout to post it."  Later, Matthews sent MV-8 two pictures of his penis.  MV-8 has been identified and interviewed.  She resides in North Carolina and was 9 years old when Matthews communicated with her using the Internet.  She confirmed that Matthews sent a picture of his penis to her and also that he had asked her for pictures of her vagina multiple times while on a video call.

12.    On August 19, 2020, Matthews initiated a conversation with MV-9.  Matthews sent MV-9 a picture of his penis.  Matthews stated, "I'm 31 how old you."  MV-9 stated she was 14 years old, and Matthews acknowledged, "O yea you young."  Matthews stated he had "videos" and sent a video of himself masturbating to MV-9.  Matthews then sent a screenshot where MV-9 and Matthews were discussing sending that video and asked if he could "post" it.  MV-9 said "no" and that she

would get in trouble. Matthews stated he would not post it, "But you now going text me every time I text you." When MV-9 refused, Matthews said, "Ok I'm going to post it ... and I'm send this to all your friends and I'm post it." MV-9 has been identified and lives in Washington, DC.

13.   Between July 1, 2020 and November 30, 2020, while Matthews communicating with the above-referenced minor victims, Matthews also used his Instagram account to send out several "selfies" of his face to additional Instagram users. Matthews identified these "selfie" images as pictures of himself. The "selfie" images sent by Matthews through the Internet and his Instagram account are consistent with Matthews's true appearance at that time.

14.   Additionally, between July 1, 2020 and November 30, 2020, Matthews consistently communicated with the minor victims in this case, as well as with other Instagram users through the Internet and Instagram, indicating that his name was "Glen[]" and that he was 31 years old. Matthews additionally told other Instagram users that he was from and was currently living in Washington, D.C. This is all consistent with Defendant Matthews's true age, identity, and residence during the timeframe of July 1, 2020 to November 30, 2020.

15.   A forensic examination of Matthews's iPhone 7 (IMEI number 354909096523992) and a search of his Google account revealed numerous images and chats consistent with the above-described conduct. Moreover, the forensic examination revealed four images that Matthews took of a minor female, MV-15 █████████████████████████████████████████.

On June 22, 2021, while MV-15 was asleep, Matthews surreptitiously photographed MV-15's buttocks, which was partially covered by underwear. Matthews took additional photographs after he used his hands to touch MV-15's buttocks to pull back her underwear and further expose her buttocks to the camera. MV-15 was five years old at the time. Matthews was thirty-two years old at the time of this sexual contact.

7

16.    MV-15 later disclosed in a forensic interview that Matthews touched her vagina

multiple times under her clothing. She recalled that Matthews told her to remove her underwear. *mmD*

*According to*
*MV-15,* ⌐ MV-15 told Matthews to stop touching her private parts, but he did not. *According to MV-15, GM RLR* This sexual contact occurred

*RLR*
*GM* on multiple occasions when MV-15 was approximately four to six years old in the District of

Columbia, at a time when Matthews had a significant relationship with MV-15 ▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     _____

Meredith E. Mayer-Dempsey
N.Y. Attorney #5213202
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, DC 20001
Phone: (202) 252-6916

Rachel L. Rothberg
CA Attorney #331595
Trial Attorney
Child Exploitation and Obscenity Section
U.S. Department of Justice, Criminal Division

8

## DEFENDANT'S ACKNOWLEDGMENT

I, Glenn Matthews, have read this Statement of the Offense and have discussed it with my attorney, Ned Smock. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date:_____        _____
                               Glenn Matthews
                               Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: _____       _____
                               Ned Smock, Esquire
                               Attorney for Defendant

9